# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER: 13-PO-00108-DLW |
| ADAM MUSCARELLA | David Greenberg<br>(Defendant's Attorney) |

**THE DEFENDANT:** Plead Guilty to Counts One and Two of the Information.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is Guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3, & 36 CFR 2.32(a)(3)(i) | Giving False Information | 02/02/13 | One |
| 16 USC 3, & 36 CFR 4.2 and CRS 42-4-1401(1) | Reckless Driving | 02/02/13 | Two |

The Defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 23, 2013
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

May 28, 2013
Date

DEFENDANT: ADAM MUSCARELLA
CASE NUMBER: 13-PO-00108-DLW

Judgment-Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty (30) days, however, the **sentence is suspended** on the condition that the Defendant complete all of the terms and conditions of his unsupervised probation.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: ADAM MUSCARELLA
CASE NUMBER: 13-PO-00108-DLW

Judgment-Page 3 of 6

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of one (1) year.

### SPECIAL CONDITIONS OF UNSUPERVISED PROBATION

1. Defendant to pay a $1,000.00 fine, **suspended** on condition of completion of all terms and conditions of unsupervised release.

2. Defendant shall perform 40 hours of useful public service and furnish written proof of completion to the Court. Prior to beginning his useful public service, defendant shall notify the Court as to where his useful public service will be performed.

3. Defendant shall obtain an alcohol evaluation and follow the recommendations of the evaluation. Defendant shall furnish the information on his alcohol evaluation and recommendation to the Court and, if treatment is recommended, the defendant shall furnish written proof of completion of the recommended treatment to the Court.

4. The defendant shall have no violation(s) of any federal, state, or local statute or regulation and may not have over a 4 point driving offense during the term of his unsupervised probation.

5. Defendant shall pay restitution in the amount of $225.00 to Mesa Verde National Park.

6. Defendant shall pay a $10.00 special assessment fee on each count for a total of $20.00.

DEFENDANT:  ADAM MUSCARELLA  
CASE NUMBER:  13-PO-00108-DLW

Judgment-Page 4 of 6

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | 0 | $0.00 | $225.00 |
| Two | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $20.00 | | $0.00 | $225.00 |

**Restitution Shall Be Payable To:**

Mesa Verde National Park  
Mesa Verde, Colorado 81330

DEFENDANT: ADAM MUSCARELLA
CASE NUMBER: 13-PO-00108-DLW                                    Judgment-Page 5 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE (For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 13-PO-00108-DLW |
| ADAM MUSCARELLA | David Greenberg (Defendant's Attorney) |

**THE DEFENDANT:** Plead Guilty to Counts One and Two of the Information.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is Guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3, & 36 CFR 2.32(a)(3)(i) | Giving False Information | 02/02/13 | One |
| 16 USC 3, & 36 CFR 4.2 and CRS 42-4-1401(1) | Reckless Driving | 02/02/13 | Two |

The Defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 23, 2013
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

May 28, 2013
Date

DEFENDANT: ADAM MUSCARELLA
CASE NUMBER: 13-PO-00108-DLW

Judgment-Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty (30) days, however, the **sentence is suspended** on the condition that the Defendant complete all of the terms and conditions of his unsupervised probation.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: ADAM MUSCARELLA
CASE NUMBER: 13-PO-00108-DLW

Judgment-Page 3 of 6

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of one (1) year.

### SPECIAL CONDITIONS OF UNSUPERVISED PROBATION

1. Defendant to pay a $1,000.00 fine, **suspended** on condition of completion of all terms and conditions of unsupervised release.

2. Defendant shall perform 40 hours of useful public service and furnish written proof of completion to the Court. Prior to beginning his useful public service, defendant shall notify the Court as to where his useful public service will be performed.

3. Defendant shall obtain an alcohol evaluation and follow the recommendations of the evaluation. Defendant shall furnish the information on his alcohol evaluation and recommendation to the Court and, if treatment is recommended, the defendant shall furnish written proof of completion of the recommended treatment to the Court.

4. The defendant shall have no violation(s) of any federal, state, or local statute or regulation and may not have over a 4 point driving offense during the term of his unsupervised probation.

5. Defendant shall pay restitution in the amount of $225.00 to Mesa Verde National Park.

6. Defendant shall pay a $10.00 special assessment fee on each count for a total of $20.00.

DEFENDANT: ADAM MUSCARELLA  
CASE NUMBER: 13-PO-00108-DLW                                     Judgment-Page 4 of 6

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | 0 | $0.00 | $225.00 |
| Two | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $20.00 | | $0.00 | $225.00 |

**Restitution Shall Be Payable To:**

Mesa Verde National Park  
Mesa Verde, Colorado 81330

DEFENDANT:  ADAM MUSCARELLA
CASE NUMBER:  13-PO-00108-DLW

Judgment-Page 5 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately